# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FRANCISMARY LAZEROW,

    Plaintiff,

v.                                                               Case No:   6:24-cv-389-LHP

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

---

## ORDER

In the interest of justice, the Clerk of Court is directed to transfer this case to the Honorable Robert M. Norway, with his permission, as the presiding Magistrate Judge.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties